AO 91 (Rev. 11/11) Criminal Complaint

FILED
January 13, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: __MG Cienega__
DEPUTY

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Oyuki Maribel ESPITIA<br>DOB: 1-8-1988<br><br>*Defendant(s)* | Case No. **DR:22-MJ-111** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __1-12-2022__ in the county of __Uvalde__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 841(a)(1) | Unlawfully, Intentionally & Knowingly Combine, Conspire, Confederate, and Agree Together & with Each Other to Possess with the Intent to Distribute Appx. 3.8 kilograms of Cocaine a Schedule II Controlled Substance. |

This criminal complaint is based on these facts:
See Attachment A

☑ Continued on the attached sheet.

_Complainant's signature_

Daniel Fuentes, Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 01/13/2022

City and state: Del Rio, Texas

_Judge's signature_

U.S. Magistrate Judge
*Printed name and title*

United States of America
Vs.
Oyuki ESPITIA.

# DR:22-MJ-111

Attachment

## FACTS

On January 12, 2022, Oyuki ESPITIA was driving a vehicle with Texas License Plate RBS2927 that arrived at the United States Border Patrol Checkpoint in Uvalde, Texas at approximately 10:40 am. United States Border Patrol Agent Antonio Garza conducted an immigration check on ESPITIA and her passenger, Joevon Leon BERRY. During this immigration check, USBP agent Garza was advised by USBP agent Gustavo Quintanilla that his K9 partner alerted to the odor of narcotics inside ESPITIA's vehicle. ESPITIA was then directed by USBP agents to travel to secondary inspection for further investigation. At approximately 11:00 am, ESPITIA and BERRY were advised of their constitutional rights verbally by USBP agent Garza.

While in secondary inspection, USBP agent Quintanilla's K9 was deployed a second time on ESPITIA's vehicle and again the K9 alerted to the odor of narcotics in ESPITIA's vehicle. Due to this alert of the odor of narcotics on ESPITIA's vehicle, a thorough search of the vehicle was conducted. USBP agents discovered approximately 3.8 kilograms of cocaine concealed in a blue duffle bag in the rear area of ESPITIA's vehicle. The three bundles were field tested and the field test yielded a positive result for the characteristics of cocaine. At this time, both ESPITIA and BERRY were detained by USBP pending further investigation from the DEA.

At approximately 2:08 pm, DEA Del Rio Task Force Officer Daniel Fuentes and SA James Shaw conducted a post-arrest interview of ESPITIA. ESPITIA was reminded of her constitutional rights verbally by TFO Fuentes and she advised TFO Fuentes and SA Shaw she was still willing to answer questions. TFO Fuentes asked ESPITIA to explain why she was being detained and her knowledge regarding the kilograms of cocaine discovered in her vehicle. ESPITIA explained to investigators that she knew the bag contained something that could get her in trouble. ESPITIA informed investigators she was directed to travel to Del Rio, Texas, to retrieve a bag from a male individual. ESPITIA explained to investigators this bag needed to be delivered to a person in San Antonio, Texas. ESPITIA was asked if she were to receive any type of payment for successful delivery of this bag. ESPITIA stated she was not to receive payment and was working off a debt that her family owed to dangerous people in Mexico. ESPITIA explained to investigators that her sister, Brenda AGUILERA, and mother, Josefina CRUZ, were detained in October with kilograms of narcotics that were worth a quarter of a million dollars. ESPITIA claimed since these narcotics were seized from her sister and mother, ESPITIA needed to work off the debt incurred from the lost narcotics back in October.

BERRY was also interviewed by agents/officers of the DEA prior to the interview of ESPITIA. BERRY was advised verbally of his constitutional rights and agreed to answer questions from investigators. BERRY informed agents/officers that he drove ESPITIA's truck down to Del Rio and the purpose of the trip was to visit ESPITIA's mother. BERRY stated to investigators that they just met with ESPITIA's mother but

could not describe where the house was located. BERRY claimed he had never seen the bag that contained the cocaine located in the rear area of the truck.

TFO Fuentes and SA Shaw contacted the United States Attorney Office in Del Rio, Texas, and presented this case for prosecution. The facts were presented to Assistant United States Attorney Rex Beasely who accepted prosecution for ESPITIA for violation of U.S.C. 841 (a)(1).

_____ January 13, 2022
Daniel Fuentes, Task Force Officer
Drug Enforcement Administration


Sworn to before me, and subscribed in my presence,

_____ January 13, 2022

United States Magistrate Judge Collis White
Western District of Texas