AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

FILED
January 13, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: MG Cienega
DEPUTY

United States of America )
v. )
ESPITIA, Oyuki Maribel )   Case No. DR
DOB: 01/08/1988 )
)
) **DR:22-MJ-111**

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unneccessary delay

*(name of person to be arrested)* ESPITIA, Oyuki Maribel

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint

☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Unlawfully, Intentionally & Knowingly Combine, Conspire, Confederate, and Agree Together & with Each Other to Possess with the Intent to Distribute Appx. 3.8 kilograms of Cocaine, a Schedule II Controlled Substance.

Date: 01-13-2022

*Issuing officer's signature*

City and state: Del Rio, TX

Collis White USMJ

*Printed name and title*

**Return**

This warrant was received on *(date)* 01-13-2022, and the person was arrested on *(date)* 1-12-2022

at *(city and state)* Del Rio, TX

Date: 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

*Arresting officer's signature*

DEA TFO Daniel Fuentes

*Printed name and title*