UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| United States of America | § | |
| --- | --- | --- |
| | § | |
| vs. | § | Case Number: DR:22-M -00111(1) |
| | § | |
| (1) Oyuki Maribel Espitia | § | |

## ORDER RESETTING VIDEO ATTORNEY STATUS/ PRELIMINARY EXAMINATION / DETENTION HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for 11:00 AM, in Courtroom 2, on the Second Floor of the United States Courthouse, 111 E. Broadway, Del Rio, TX, on January 21, 2022.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, United States Probation Office, and any surety or custodian, if applicable. Further, counsel for the defendant shall notify the defendant of this setting. If the defendant is on bond, he/she shall be present.

IT IS SO ORDERED this 19th day of January, 2022

_____
**COLLIS WHITE**
UNITED STATES MAGISTRATE JUDGE