FILED
February 9, 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:	CR
	Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | Cause No. **DR-22-CR-00242-AM** |
| | § | **I N D I C T M E N T** |
| v. | § § | [VIO: COUNT ONE: 21 U.S.C. § 841(a)(1) & (b)(1)(B) and 846, |
| | § § | Conspiracy to Possess With Intent to |
| OYUKI MARIBEL ESPITIA | § § | Distribute Cocaine; COUNT TWO: 21 U.S.C. § 841(a)(1) & (b)(1)(B), |
| | § § § | Possession of Cocaine With Intent to Distribute.] |
| | § § | |

THE GRAND JURY CHARGES:

COUNT ONE
[21 U.S.C. § 841(a)(1) & (b)(1)(B) and 846]

On or about January 12, 2022, in the Western District of Texas, Defendants,

OYUKI MARIBEL ESPITIA,

knowingly, intentionally, and unlawfully combined, conspired, confederated and agreed together and with others known and unknown, to possess with the intent to distribute a controlled substance, which offense involved a quantity of 500 grams or more of a mixture or substance containing a detectable amount of Cocaine, a Schedule II Controlled Substance, contrary to Title 21, United States Code, Sections 841(a)(1) & (b)(1)(B) and 846.

COUNT TWO
[21 U.S.C. § 841(a)(1) & (b)(1)(B)]

On or about January 12, 2022, in the Western District of Texas, Defendants,

OYUKI MARIBEL ESPITIA,

did knowingly, intentionally, and unlawfully possess with the intent to distribute a controlled substance, which offense involved 500 grams or more of a mixture or substance containing a detectable amount of Cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) & (b)(1)(B).

A TRUE BILL.

███████████████

FOREPERSON

ASHLEY C. HOFF
United States Attorney

By: _____ For
    BRETT C. MINER
    Assistant United States Attorney