**FILED**

APR 25 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>vs.<br><br>OYUKI MARIBEL ESPITIA,<br><br>    Defendant. | Cause No.: DR22-CR-00242-AM |

## STIPULATION OF FACTS

The United States of America, by and through the United States Attorney for the Western District of Texas and the undersigned Assistant U.S. Attorney, the Defendant, and Defense counsel hereby stipulate that if this matter were to proceed to trial, the United States would establish by legal and competent evidence the following facts beyond a reasonable doubt:

On January 12, 2022, at approximately 10:40 a.m., Defendant was encountered at the United States Border Patrol immigration checkpoint in Uvalde, Texas, within the Western District of Texas. Defendant was driving a black GMC four-door truck, and she had with her a front-seat passenger. United States Border Patrol Agent (BPA) conducted a lawful immigration check on Defendant and her passenger. During this immigration check, a drug canine alerted to the odor of narcotics inside Defendant's vehicle. Defendant was then lawfully directed to secondary inspection for further investigation.

While in secondary inspection, the Border Patrol canine was deployed a second time on Defendant's vehicle, and again the canine officer alerted to the odor of narcotics in Defendant's vehicle. Due to this alert of the odor of narcotics on Defendant's vehicle, a thorough search of the

vehicle was conducted. BPA discovered three bundles of a white powdery substance concealed in a blue duffle bag in the rear area of Defendant's vehicle. At this time, both the Defendant and her passenger were detained by BPA pending further investigation from the Drug Enforcement Administration (DEA).

Defendant was advised of her constitutional and statutory rights *(Miranda)* in a language she understood, which she knowingly and voluntarily waived, and agreed to speak with agents without an attorney present. In her post-*Miranda* statement, Defendant informed investigators she was directed to travel to Del Rio, Texas, to retrieve a bag from a male individual. She explained to the agents that the duffle bag was supposed to be delivered to a person in San Antonio, Texas. Defendant knew the contents of the bag she was delivering were narcotics.

A chemical analysis of the white powdery substance seized from Defendant's vehicle on January 12, 2022 was done later on all three bundles at the United States Department of Justice Drug Enforcement Administration South Central Laboratory in Dallas Texas. The laboratory analysis determined that the substance was Cocaine with a net weight of 3003 grams ± 1 gram.

Defendant now accepts responsibility and admits that on January 12, 2022, within the Western District of Texas, she unlawfully, willfully, and knowingly did combine, conspire, confederate, and agree with others known and unknown, to possess with the intent to distribute a controlled substance, which offense involved a quantity of 500 grams or more of a mixture or substance containing a detectable amount of Cocaine, a Schedule II Controlled Substance. Defendant committed all the foregoing acts knowingly, intentionally, and voluntarily with a specific intent to violate the law in violation of 21 U.S.C. § 841(a)(1) & (b)(1)(B) and 846.

Respectfully submitted,

ASHLEY C. HOFF
United States Attorney

BRETT C. MINER
Assistant United States Attorney

I have carefully read and reviewed the entirety of this Stipulation of Fact, or it has been read to me (and if necessary, translated for me) and reviewed with me by my attorney. After careful consideration and discussion with my attorney, and fully understanding my rights with respect to the pending criminal charge(s), I knowingly and voluntarily agree the above Stipulation of Facts is true and accurate, and had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

Signed this ___22___ day of ___April___, 2022.

_____
OYUKI MARIBEL ESPITIA
Defendant


I am counsel for Defendant. I have fully explained to Defendant all of Defendant's rights with respect to the pending criminal charge(s). I have carefully reviewed this Stipulation of Fact in its entirety with Defendant and provided Defendant with my best professional advice. In my opinion, Defendant's decision to agree to this Stipulation of Fact made voluntarily, and with full knowledge of its obligations and consequences.

Signed this ___27___ day of ___April___, 2022.

_____
CHRISTINA M. NORTON
Defendant's Attorney


Adopted and approved this ___25th___ day of ___April___, 2022.

_____
THE HONORABLE ALIA MOSES
United States District Judge