IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Docket No. 2:22-CR-00242(1)-DC |
| Oyuki Maribel Espitia | § | |

## TRANSFER OF JURISDICTION

On this day came to be considered the above-styled and numbered cause. On March 26, 2024, the Defendant, Oyuki Maribel Espitia, began service of the term of supervised release imposed in this case. The Judges and Probation Departments of both the San Antonio and Del Rio Divisions believe that transfer of jurisdiction of this case would be more efficient and would expedite any proceedings that may arise from the supervision of the Defendant. The Court finds that jurisdiction of such proceedings should be transferred from the Del Rio Division to the San Antonio Division and is in the best interest of justice in order to address any further issues that may arise.

It is therefore ORDERED that the above-styled and numbered cause be, and it is hereby, TRANSFERRED to the San Antonio Division of the Western District of Texas.

It is further ORDERED that the U.S. Clerk's Office in Del Rio, Texas, transfer the file to the U.S. Clerk's Office in San Antonio, Texas.

SIGNED AND ENTERED this 18th day of September, 2024.

David Counts
UNITED STATES DISTRICT JUDGE

U.S. MARSHALS W/TX
RECEIVED
SEP 19 2024
DEL RIO, TX