# U.S. District Court [LIVE]
# Western District of Texas (Del Rio)
# CRIMINAL DOCKET FOR CASE #: 2:22–cr–00242–DC–1

Case title: USA v. Espitia

Magistrate judge case number: 2:22–mj–00111–CW

Date Filed: 02/09/2022

Date Terminated: 04/03/2024

Assigned to: Judge David Counts

**Defendant (1)**

| | |
|---|---|
| **Oyuki Maribel Espitia**<br>*TERMINATED: 04/03/2024* | represented by **Christina M. Norton**<br>Federal Public Defender's Office<br>2205 Veterans Blvd.<br>Suite A2<br>Del Rio, TX 78840<br>(830) 703–2040<br>Fax: 830/703–2047<br>Email: Christina_Norton@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

**Pending Counts**

21:846=ND.F 841(a)(1) &
(b)(1)(B) and 846, Conspiracy to
Possess With Intent to Distribute
Cocaine
(1)

21:841A=ND.F (a)(1) &
(b)(1)(B), Possession of Cocaine
With Intent to Distribute
(2)

**Disposition**

Sentenced to 37 months imprisonment to run
concurrently to Count 2; 5 year term of supervised
release to run concurrently to Count 2; Fine $1,500;
Special assessment $100.

Sentenced to 37 months imprisonment to run
concurrently to Count 1; 5 year term of supervised
release to run concurrently to Count 1; Fine $1,500;
Special assessment $100.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level
(Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 21 USC 841(a)(1) Conspiracy to Distribute a Controlled Substance | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Brett Chappy Miner** |
| | | USAO |
| | | 111 E. Broadway |
| | | Del Rio, TX 78840 |
| | | 830−703−2025 |
| | | Email: brett.miner@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 01/12/2022 | | Arrest of Oyuki Maribel Espitia (ccl) [2:22−mj−00111−CW] (Entered: 01/14/2022) |
| 01/13/2022 | 1 | COMPLAINT Signed by Judge Collis White as to Oyuki Maribel Espitia. (ccl) [2:22−mj−00111−CW] (Entered: 01/14/2022) |
| 01/13/2022 | 2 | Arrest Warrant Issued by Judge Collis White as to Oyuki Maribel Espitia. (ccl) [2:22−mj−00111−CW] (Entered: 01/14/2022) |
| 01/13/2022 | | ARREST Warrant Returned Executed on 1/12/2022 as to Oyuki Maribel Espitia. (ccl) [2:22−mj−00111−CW] (Entered: 01/14/2022) |
| 01/14/2022 | 3 | Proceedings held before Judge Collis White:Video Initial Appearance as to Oyuki Maribel Espitia held on 1/14/2022 Detention Hearing AND Preliminary Hearing set for 1/20/2022 2:00PM before Judge Collis White, Interpreter NOT required as to Oyuki Maribel Espitia (Court Reporter FTR GOLD − MCIENEGA.) (clda) [2:22−mj−00111−CW] (Entered: 01/14/2022) |
| 01/14/2022 | | ORAL MOTION to Continue, ORAL MOTION to Detain Defendant without Bond by USA as to Oyuki Maribel Espitia. (clda) [2:22−mj−00111−CW] (Entered: 01/14/2022) |
| 01/14/2022 | | ORAL ORDER GRANTING ORAL Motion to Continue as to Oyuki Maribel Espitia (1); GRANTING ORAL Motion to Detain Defendant without Bond as to Oyuki Maribel Espitia (1).By Judge Collis White. (clda) [2:22−mj−00111−CW] (Entered: 01/14/2022) |
| 01/19/2022 | 4 | ORDER as to Oyuki Maribel Espitia, ( VIDEO Detention/Preliminary/Attorney Status reset for 1/21/2022 11:00 AM before Judge Collis White,). Signed by Judge Collis White. (ss) [2:22−mj−00111−CW] (Entered: 01/19/2022) |
| 01/21/2022 | 5 | |

| | | |
|---|---|---|
| | | Proceedings held before Judge Collis White:VIDEO Attorney Status Hearing as to Oyuki Maribel Espitia held on 1/21/2022. Prelim and Detention reset for 1/26/2022 at 11AM before Judge Collis White (Court Reporter FTR Gold MG.Cienega.) (ss) [2:22−mj−00111−CW] (Entered: 01/21/2022) |
| 01/21/2022 | | Reset Hearings as to Oyuki Maribel Espitia: Detention/Preliminary Hearing reset for 1/26/2022 11:00 AM before Judge Collis White, (ss) [2:22−mj−00111−CW] (Entered: 01/21/2022) |
| 01/21/2022 | 6 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Oyuki Maribel Espitia. Signed by Judge Collis White. (clda) [2:22−mj−00111−CW] (Entered: 01/21/2022) |
| 01/24/2022 | 7 | ORDER as to Oyuki Maribel Espitia, ( VIDEO Detention Hearing reset for 2/1/2022 11:00 AM before Judge Collis White,, VIDEO Preliminary Hearing reset for 2/1/2022 11:00 AM before Judge Collis White,). Signed by Judge Collis White. (ss) [2:22−mj−00111−CW] (Entered: 01/24/2022) |
| 01/24/2022 | 8 | NOTICE *Assertion of Rights* by Oyuki Maribel Espitia (Norton, Christina) [2:22−mj−00111−CW] (Entered: 01/24/2022) |
| 02/02/2022 | 9 | ORDER as to Oyuki Maribel Espitia, ( Detention Hearing reset for 2/9/2022 11:00 AM before Judge Collis White,, Preliminary Hearing reset for 2/9/2022 11:00 AM before Judge Collis White,). Signed by Judge Collis White. (ss) [2:22−mj−00111−CW] (Entered: 02/02/2022) |
| 02/09/2022 | 10 | Proceedings held before Judge Collis White:Preliminary Hearing as to Oyuki Maribel Espitia held on 2/9/2022, Detention Hearing as to Oyuki Maribel Espitia NOT held on 2/9/2022. Probable cause found. Detention hearing to be reset to 2/14/2022 at 2:00PM (Court Reporter FTR Gold MG.Cienega.) (ss) [2:22−mj−00111−CW] (Entered: 02/09/2022) |
| 02/09/2022 | | Reset Hearings as to Oyuki Maribel Espitia: Detention Hearing reset for 2/14/2022 02:00 PM before Judge Collis White, (ss) [2:22−mj−00111−CW] (Entered: 02/09/2022) |
| 02/09/2022 | 11 | INDICTMENT(Redacted Version) filed. Unredacted document sealed pursuant to E−Government Act of 2002 as to Oyuki Maribel Espitia (1) count(s) 1, 2. (bot2) (Entered: 02/09/2022) |
| 02/09/2022 | 13 | Personal Data Sheet (SEALED) as to Oyuki Maribel Espitia (bot2) (Entered: 02/09/2022) |
| 02/11/2022 | 14 | NOTICE OF HEARING as to Oyuki Maribel Espitia Arraignment set for 2/24/2022 11:00 AM before Judge Collis White, (bot1) (Entered: 02/11/2022) |
| 02/11/2022 | 15 | ORDER as to Oyuki Maribel Espitia, (Detention Hearing RESET for 2/15/2022 02:00 PM before Judge Collis White). Signed by Judge Collis White. (bot3) (Entered: 02/11/2022) |
| 02/11/2022 | 16 | General Order Concerning Discovery & Pre−Trial Motions as to Oyuki Maribel Espitia. Signed by Judge Alia Moses. (bot2) (Entered: 02/11/2022) |
| 02/11/2022 | 17 | MOTION to Continue *Detention Hearing* by Oyuki Maribel Espitia. (Norton, Christina) (Entered: 02/11/2022) |
| 02/11/2022 | 18 | |

| | | Order Concerning Courtroom Decorum and Trial Procedures as to Oyuki Maribel Espitia. Signed by Judge Alia Moses. (bot2) (Entered: 02/11/2022) |
|---|---|---|
| 02/11/2022 | 19 | ORDER as to Oyuki Maribel Espitia,Detention Hearing set for 3/14/2022 02:00 PM before Judge Collis White.. Signed by Judge Collis White. (am3) (Entered: 02/11/2022) |
| 02/11/2022 | | ORAL ORDER GRANTING 17 Motion to Continue as to Oyuki Maribel Espitia (1). By Judge Collis White. (am3) (Entered: 02/15/2022) |
| 02/15/2022 | 20 | SCHEDULING ORDER as to Oyuki Maribel Espitia. Plea Agreement due by 4/11/2022, Docket Call set for 4/12/2022 09:00 AM in Del Rio before Judge Alia Moses, Jury Selection and Trial set for 4/19/2022 09:00 AM before Judge Alia Moses. Signed by Judge Alia Moses. (bot2) (Entered: 02/15/2022) |
| 02/23/2022 | 21 | Waiver of personal appearance at Arraignment, plea of not guilty by Oyuki Maribel Espitia (Norton, Christina) (Entered: 02/23/2022) |
| 02/23/2022 | 22 | Order Accepting Waiver of Personal Appearance at Arraignment and Entry of Plea of Not Guilty by Oyuki Maribel Espitia. Signed by Judge Collis White. (bot3) (Entered: 02/23/2022) |
| 02/24/2022 | 23 | Waiver of Detention Hearing by Oyuki Maribel Espitia (Norton, Christina) (Entered: 02/24/2022) |
| 02/24/2022 | 24 | ORDER OF DETENTION: Bond set to No Bond as to Oyuki Maribel Espitia. Signed by Judge Collis White. (bot2) (Entered: 02/24/2022) |
| 04/08/2022 | 25 | ORDER Setting Rearraignment as to Oyuki Maribel Espitia Rearraignment set for 4/11/2022 10:30 AM before Judge Alia Moses,. Signed by Judge Alia Moses. (bot3) (Entered: 04/08/2022) |
| 04/08/2022 | 26 | ORDER Resetting Rearraignment as to Oyuki Maribel Espitia Rearraignment set for 4/11/2022 01:30 PM before Judge Alia Moses,. Signed by Judge Alia Moses. (bot4) (Entered: 04/08/2022) |
| 04/08/2022 | 27 | ORDER Resetting Rearraignment as to Oyuki Maribel Espitia Rearraignment set for 4/25/2022 09:00 AM before Judge Alia Moses,. Signed by Judge Alia Moses. (bot4) (Entered: 04/08/2022) |
| 04/25/2022 | 28 | Proceedings held before Judge Alia Moses:Rearraignment held on 4/25/2022 ; Plea of guilty entered as to Oyuki Maribel Espitia (1) Count 1,2 ; Guilty Plea Accepted by Court as to Oyuki Maribel Espitia (1) Count 1,2. (Court Reporter Vickie Garza.) (ccr) (Entered: 04/25/2022) |
| 04/25/2022 | 29 | STIPULATION OF FACTS by USA as to Oyuki Maribel Espitia (ccr) (Entered: 04/25/2022) |
| 04/25/2022 | 30 | ORDER Setting Sentencing as to Oyuki Maribel Espitia Sentencing set for 10/25/2022 09:00 AM before Judge Alia Moses,. Signed by Judge Alia Moses. (ccr) (Entered: 04/25/2022) |
| 05/31/2022 | 31 | ORDER as to Oyuki Maribel Espitia. Signed by Judge Alia Moses. (ccr) (Entered: 05/31/2022) |
| 07/14/2022 | 32 | MOTION to Extend Time *In Which To File Objections To Presentence Report* by Oyuki Maribel Espitia. (Norton, Christina) (Entered: 07/14/2022) |

| 07/14/2022 | 33 | ORDER GRANTING 32 Motion to Extend Time as to Oyuki Maribel Espitia (1). Signed by Judge Alia Moses. (am3) (Entered: 07/15/2022) |
|---|---|---|
| 07/26/2022 | 34 | Second MOTION to Extend Time *in Which to File Objections to Presentence Report* by Oyuki Maribel Espitia. (Norton, Christina) (Entered: 07/26/2022) |
| 07/27/2022 | 35 | ORDER GRANTING 34 Motion to Extend Time as to Oyuki Maribel Espitia (1). Signed by Judge Alia Moses. (am3) (Entered: 07/27/2022) |
| 08/08/2022 | 36 | SEALED PRESENTENCE INVESTIGATION REPORT Filed as to Oyuki Maribel Espitia by Officer Aracely Martinez. (Document available to court only) (Attachments: # (1–2) (Hill, E.) (Entered: 08/08/2022) |
| 10/12/2022 | 37 | ORDER Resetting Sentencing as to Oyuki Maribel Espitia; Sentencing RESET for 4/2/2024 10:40 AM before Judge Alia Moses. Signed by Judge Alia Moses. (bot1) (Entered: 10/12/2022) |
| 01/20/2023 | 38 | MOTION to Expedite *Sentencing* by Oyuki Maribel Espitia. (Norton, Christina) (Entered: 01/20/2023) |
| 12/20/2023 | 39 | ORDER as to Oyuki Maribel Espitia reassigning to Judge David Counts. Chief Judge Alia Moses no longer assigned for Oyuki Maribel Espitia. Signed by Chief Judge Alia Moses. (bot1) (Entered: 12/20/2023) |
| 01/29/2024 | 40 | ORDER Setting Sentencing as to Oyuki Maribel Espitia; Sentencing set for 3/26/2024 01:30 PM before Judge David Counts. Signed by Judge David Counts. (bot1) (Entered: 01/29/2024) |
| 01/29/2024 | 41 | ORDER Setting Sentencing as to Oyuki Maribel Espitia; Sentencing set for 3/26/2024 01:30 PM before Judge David Counts. Signed by Judge David Counts. (bot2) (Entered: 01/29/2024) |
| 02/07/2024 | 42 | SEALED SUPPLEMENTAL ATTACHMENT re 36 SEALED PRESENTENCE INVESTIGATION REPORT Filed as to Oyuki Maribel Espitia by Officer Jesus De Leon. (Document available to court only) (Attachments: # (1–2) (Hill, E.) (Entered: 02/07/2024) |
| 03/06/2024 | | Text Order MOOTING 38 Motion to Expedite Sentencing as to Oyuki Maribel Espitia (1). The Defendant is set for Sentencing for 3/26/2024 at 1:30 p.m. Entered by Judge David Counts. (This is a text–only entry generated by the court. There is no document associated with this entry.) (db) (Entered: 03/06/2024) |
| 03/26/2024 | 43 | Proceedings held before Judge David Counts:Sentencing held on 3/26/2024 for Oyuki Maribel Espitia (1), Count(s) 1, Count(s) 2. (Court Reporter FTR – J.Patino.) (am3) (Entered: 04/03/2024) |
| 04/03/2024 | 44 | JUDGMENT AND COMMITMENT as to Oyuki Maribel Espitia (1), Count(s) 1, Sentenced to 37 months imprisonment to run concurrently to Count 2; 5 year term of supervised release to run concurrently to Count 2; Fine $1,500; Special assessment $100.; Count(s) 2, Sentenced to 37 months imprisonment to run concurrently to Count 1; 5 year term of supervised release to run concurrently to Count 1; Fine $1,500; Special assessment $100.. Signed by Judge David Counts. (bot2) (Entered: 04/03/2024) |
| 04/03/2024 | 45 | Sealed Statement of Reasons as to Oyuki Maribel Espitia (SOR documents are not available electronically.) (bot2) (Entered: 04/03/2024) |
| 09/18/2024 | 46 | |

| | | Probation/Supervised Release Jurisdiction Transferred to Western District of Texas–San Antonio Division as to Oyuki Maribel Espitia signed by Judge David Counts. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (ah2) (Entered: 09/19/2024) |
|---|---|---|

FILED

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

SEP 18 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | §     Docket No. 2:22-CR-00242(1)-DC |
| | § |
| Oyuki Maribel Espitia | § |

## TRANSFER OF JURISDICTION

On this day came to be considered the above-styled and numbered cause.  On March 26, 2024, the Defendant, Oyuki Maribel Espitia, began service of the term of supervised release imposed in this case. The Judges and Probation Departments of both the San Antonio and Del Rio Divisions believe that transfer of jurisdiction of this case would be more efficient and would expedite any proceedings that may arise from the supervision of the Defendant. The Court finds that jurisdiction of such proceedings should be transferred from the Del Rio Division to the San Antonio Division and is in the best interest of justice in order to address any further issues that may arise.

It is therefore ORDERED that the above-styled and numbered cause be, and it is hereby, TRANSFERRED to the San Antonio Division of the Western District of Texas.

It is further ORDERED that the U.S. Clerk's Office in Del Rio, Texas, transfer the file to the U.S. Clerk's Office in San Antonio, Texas.

SIGNED AND ENTERED this 18th day of September, 2024.

David Counts
UNITED STATES DISTRICT JUDGE

U.S. MARSHALS WIDC
RECEIVED

SEP 18 2024

DEL RIO, TX

**FILED**

February 9, 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:        CR
Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Cause No. **DR-22-CR-00242-AM** |
| | § | |
| | § | **I N D I C T M E N T** |
| v. | § | |
| | § | [VIO: COUNT ONE: 21 U.S.C. § |
| | § | 841(a)(1) & (b)(1)(B) and 846, |
| OYUKI MARIBEL ESPITIA | § | Conspiracy to Possess With Intent to |
| | § | Distribute Cocaine; COUNT TWO: 21 |
| | § | U.S.C. § 841(a)(1) & (b)(1)(B), |
| | § | Possession of Cocaine With Intent to |
| | § | Distribute.] |
| | § | |
| | § | |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
[21 U.S.C. § 841(a)(1) & (b)(1)(B) and 846]

On or about January 12, 2022, in the Western District of Texas, Defendants,

OYUKI MARIBEL ESPITIA,

knowingly, intentionally, and unlawfully combined, conspired, confederated and agreed together and with others known and unknown, to possess with the intent to distribute a controlled substance, which offense involved a quantity of 500 grams or more of a mixture or substance containing a detectable amount of Cocaine, a Schedule II Controlled Substance, contrary to Title 21, United States Code, Sections 841(a)(1) & (b)(1)(B) and 846.

<u>COUNT TWO</u>
[21 U.S.C. § 841(a)(1) & (b)(1)(B)]

On or about January 12, 2022, in the Western District of Texas, Defendants,

OYUKI MARIBEL ESPITIA,

did knowingly, intentionally, and unlawfully possess with the intent to distribute a controlled substance, which offense involved 500 grams or more of a mixture or substance containing a detectable amount of Cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) & (b)(1)(B).

A TRUE BILL.

FOREPERSON

ASHLEY C. HOFF
United States Attorney

By: _____ For
    BRETT C. MINER
    Assistant United States Attorney

# UNITED STATES DISTRICT COURT
## Western District of Texas
### DEL RIO DIVISION

UNITED STATES OF AMERICA

        v.

(1) Oyuki Maribel Espitia
Defendant

Case Number:   2:22-CR-00242(1)-DC
USM Number:    81908-509

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

      The defendant, (1) Oyuki Maribel Espitia, was represented by Christina M. Norton (AFPD).

      The defendant pled guilty to Count(s) One and Two of the Indictment on April 25, 2022. Accordingly, the defendant is adjudged guilty of such Count(s), involving the following offense(s)

| Title and Section | Nature of Offense | Offense Ended | Count(s) |
|---|---|---|---|
| 21 U.S.C. § 841 and 846 | Conspiracy to Possess With Intent to Distribute Cocaine | January 12, 2022 | One |
| 21 U.S.C. § 841 | Possession of Cocaine With Intent to Distribute | January 12, 2022 | Two |

      As pronounced on March 26, 2024, the defendant is sentenced as provided in pages 2 through 6 of the judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

      It is further ordered that the defendant shall notify the United States Attorney for the district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by the Judgment are fully paid. If ordered to pay restitution, the defendant shall notify the Court and United States Attorney of any material change in the defendant's economic circumstances.

Signed this the _3rd_ day of April 2024.

 

 

_____
DAVID COUNTS
United States District Judge

Arresting Agency: DEA

AO245B (Rev. TXW 11/16) Judgment in a Criminal Case

Judgment – Page 2

Defendant:        Oyuki Maribel Espitia
Case Number:   2:22-CR-00242 (1)-DC

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **THIRTY-SEVEN (37) MONTHS** as to counts One & Two to run concurrently to each other with credit for time served, pursuant to 18 U.S.C. § 3584(a).

The Court makes the following recommendation to the Bureau of Prisons:

That the defendant serve this sentence at F. C. I. Bryan.

The defendant shall remain in custody pending service of sentence.

## RETURN

I have executed this judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____

At _____ with a certified copy of the Judgment.

_____
United States Marshal

By _____
Deputy Marshal

AO245B (Rev. TXW 11/16) Judgment in a Criminal Case

Judgment – Page 3

Defendant:        Oyuki Maribel Espitia
Case Number:   2:22-CR-00242 (1)-DC

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **FIVE (5) YEARS** as to counts One & Two to run concurrently to each other.

While on supervised release, the defendant shall comply with the mandatory, standard, and if applicable, the special conditions that have been adopted by the court.

_X_     The defendant shall reside in a residential reentry center for a term of up to six (6) months. The defendant shall follow the rules and regulations of the center. Further, once employed the defendant shall pay 25% of his/her weekly gross as long as it does not exceed the contract rate.

_X_     The defendant shall abstain from the use of alcohol and any and all intoxicants.

_X_     The defendant shall participate in a substance abuse treatment program and follow the rules and regulations of that program. The program shall include testing and examination to determine if the defendant has reverted to the use of drugs and alcohol. The probation officer shall supervise the participation in the program (provider, location, modality, duration, intensity, etc.). The defendant shall pay the costs of such treatment if financially able.

_X_     The defendant shall not use or possess any controlled substances without a valid prescription. If a valid prescription exists, the defendant must disclose the prescription information to the probation officer and follow the instructions on the prescription.

_X_     The defendant shall submit to substance abuse testing to determine if the defendant has used a prohibited substance. The defendant shall not attempt to obstruct or tamper with the testing methods.  The defendant shall pay the costs of testing if financially able.

_X_     The defendant shall not knowingly purchase, possess, distribute, administer, or otherwise use any psychoactive substances (e.g., synthetic marijuana, bath salts, etc.) that impair a person's physical or mental functioning, whether or not intended for human consumption.

_X_     The defendant shall provide the probation officer with access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the U.S. Attorney's Office.

AO245B (Rev. TXW 11/16) Judgment in a Criminal Case

Judgment – Page 4

Defendant:        Oyuki Maribel Espitia
Case Number:      2:22-CR-00242 (1)-DC

## MANDATORY CONDITIONS

1)   The defendant shall not commit another federal, state, or local crime during the term of supervision.

2)   The defendant shall not unlawfully possess a controlled substance.

3)   The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on probation or supervised release and at least two periodic drug test thereafter (as determined by the court) but the condition stated in this paragraph may be ameliorated or suspended by the court if the defendant's presentence report or other reliable sentencing information indicates low risk of future substance abuse by the defendant.

4)   The defendant shall cooperate in the collection of DNA as instructed by the probation officer, if the collection of such a sample is authorized pursuant to section 3 of the DNA Analysis Backlog Elimination Act of 2000 (42 U.S.C. § 14135a).

5)   If applicable, the defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq*) as instructed by the probation officer, the Bureau of Prisons, or any state sex offender registration in which the defendant resides, works, is a student, or was convicted of a qualifying offense.

6)   If convicted of a domestic violence crime as defined in 18 U.S.C. §3561(b), the defendant shall participate in an approved program for domestic violence.

7)   If the judgment imposes a fine or restitution, it is a condition of supervision that defendant pay in accordance with the Schedule of Payments sheet of the judgment.

8)   The defendant shall pay the assessment imposed in accordance with 18 U.S.C. § 3013.

9)   The defendant shall notify the court of any marital change in the defendant's economic circumstances that might affect the defendant's ability to pay restitution, fines or special assessments.

AO245B (Rev. TXW 11/16) Judgment in a Criminal Case

Judgment – Page 5

Defendant:     Oyuki Maribel Espitia
Case Number:  2:22-CR-00242 (1)-DC

## STANDARD CONDITIONS OF SUPERVISION

1) The defendant shall report to the probation office in the federal judicial district where he or she is authorized to reside within 72 hours of release from imprisonment, unless the Court or probation officer instructs the defendant to report to a different probation office or within a different timeframe. The defendant shall not leave the judicial district without permission of the court or probation officer.

2) After initially reporting to the probation office, the defendant will receive instructions from the court or the probation officer about how and when to report to the probation officer, and the defendant shall report to the probation officer as instructed. The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer.

3) The defendant shall not knowingly leave the federal judicial district where he or she is authorized to reside without first getting permission from the court.

4) The defendant shall answer truthfully the questions asked by the probation officer.

5) The defendant shall live at a place approved by the probation officer. If the defendant plans to change where he or she lives or anything about his or her living arraignments (such as the people the defendant lives with), the defendant shall notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, the defendant shall notify the probation officer within 72 hours of becoming aware of a change or expected change.

6) The defendant shall allow the probation officer to visit the defendant at any time at his or her home or elsewhere, and the defendant shall permit the probation officer to take any items prohibited by the conditions of the defendant's supervision that are observed in plain view.

7) The defendant shall work full time (at least 30 hours per week) at a lawful type of employment, unless excused from doing so. If the defendant does not have full time employment, he or she shall try to find full-time employment, unless excused from doing so. If the defendant plans to change where the defendant works or anything about his or her work (such as the position of job responsibilities), the defendant shall notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 day in advance is not possible due to unanticipated circumstances, the defendant shall notify the probation officer within 72 hours of becoming aware of a change or expected change.

8) The defendant shall not communicate or interact with someone the defendant knows is engaged in criminal activity. If the defendant knows someone has been convicted of a felony, the defendant shall not knowingly communicate or interact with that person without first getting the permission of the Court.

9) If the defendant is arrested or questioned by a law enforcement officer, the defendant shall notify the probation officer within 72 hours.

10) The defendant shall not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified, for the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

11) The defendant shall not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.

12) If the probation officer determines that the defendant poses a risk to another person (including an organization), the court may require the defendant to notify the person about the risk and the defendant shall comply with that instruction. The probation officer may contact the person and confirm that the defendant has notified the person about the risk.

13) The defendant shall follow the instructions of the probation officer related to the conditions of supervision.

14) If the judgment imposes other criminal monetary penalties, it is a condition of supervision that the defendant pay such penalties in accordance with the Schedule of Payments sheet of the judgment.

15) If the judgment imposes a fine, special assessment, restitution, or other criminal monetary penalties, it is a condition of supervision that the defendant shall provide the probation officer access to any requested financial information.

16) If the judgment imposes a fine, special assessment, restitution, or other criminal monetary penalties, it is a condition of supervision that the defendant shall not incur any new credit charges or open additional lines of credit without the approval of the court, unless the defendant is in compliance with the payment schedule.

17) If the defendant is excluded, deported, or removed upon release on probation or supervised release, the term of supervision shall be a non-reporting term of probation or supervised release. The defendant shall not illegally reenter the United States. If the defendant is released from confinement or not deported, or lawfully re-enters the United States during the term of probation or supervised release, the defendant shall immediately report in person to the nearest U.S. Probation Office, or as ordered by the Court.

14

AO245B (Rev. TXW 11/16) Judgment in a Criminal Case

Judgment – Page 6

Defendant:      Oyuki Maribel Espitia
Case Number:    2:22-CR-00242 (1)-DC

## CRIMINAL MONETARY PENALTIES/SCHEDULE

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth. Unless the Court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. Criminal Monetary Penalties, except those payments made through Federal Bureau of Prisons' Inmate Financial Responsibility Program shall be paid through the Clerk, United States District Court, Attn: Mail Log, 111 E. Broadway Ste. 100, Del Rio, Texas 78840, or online by Debit (credit cards not accepted) or ACH payment (direct from Checking or Savings Account) through pay.gov (link accessible on the landing page of the U.S.District Court's Website). **Your mail-in or online payment must include your case number in the exact format of DTXW222CR000242-001 to ensure proper application to your criminal monetary penalty.**

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

|        | Assessment | Fine | Restitution | AVAA Assessment* | JVTA Assessment** |
|--------|-----------|------|-------------|------------------|-------------------|
| TOTAL: | $200.00   | $3,000.00 | $0.00   | $0.00            | $0.00             |

### Special Assessment

It is ordered that the defendant shall pay to the United States a special assessment of $200.00. The debt is incurred immediately.

### Fine

The defendant shall pay a fine of $3,000.00. The Court finds the defendant has the present and future ability to pay a reduced fine. This is the total of the fines imposed on individual counts, as follows. $1,500.00 on count 1; $1,500.00 on count 2.

### Schedule of Payments

Fine is due immediately or within the three year term of supervised release. The Court imposed payment schedule shall not prevent statutorily authorized collection efforts by the U.S. Attorney.  The defendant shall cooperate fully with the U.S. Attorney and the U.S. Probation Office to make payment in full as soon as possible.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column above.  However, pursuant to 18 U.S.C. § 3664(i), all non-federal victims must be paid before the United States is paid.

If the fine is not paid, the court may sentence the defendant to any sentence which might have been originally imposed. See 18 U.S.C. §3614.

The defendant shall pay interest on any fine or restitution of more than $2,500.00, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. §3612(f).  All payment options may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. §3612(g).

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA Assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.
   *  Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
      **Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22